FILED - MQ
January 6, 2020 10:59 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: slk SCANNED BY: /s/ls

25th Circuit Court of Michigan to:
United States District Court Western District of Michigan North

2:20-cv-2
Paul L. Maloney - U.S. District Judge
Sally J. Berens- Magistrate Judge

Center for Forensic psychiatry          refusal to Consent to a magistrate
Dr. meghan Rowland plaintiff          Judge!

     v.                                      Caseno. C.F.P. 1002272

John R. Kanerva Pro se'              Jury Demand yes.

    Notice of Removal 28 U.S. Code 1441 + 1442

Dear Clerk, when I was brought to a remote Location
They nickname "The farm" I was given a 350 Question
"Exam. It's apparent that I passed the Competency Exam.
The examiner then decided to violate my Constitutional
Rights. She made an Exam diagnoses to predjudice religion.

She made it very clear that her Case no. Cited above
was Seperate from the False charge case number I
was already Litigating. I wasn't told the number, then.

She decided to plagerize a Dr. Robert mogg. Dr. mogg
Knew he was prohibited from rendering me "incompetent"
based on my religion which he disagreed with. Dr. Roland
didn't care _____ ted michigan law. Targeting me + my
"religious occupation", prohibited by Article 1 sec. 18.

This removal is from The 12/17/2019 "order" by Judge
Jennifer mazzuchi. The Judge's order is to a pending "independent"
examination, I can't enforce Rights in State Courts.
I already sent you the order in 2:19-cv-225, Thank you    John R. Kan
Proof of indigency enclosed.                            John R. Kanerva
, 23 ¢ in my property, at Jail,                        UCC 1-308 under
                                                        Reserve

25th circuit Court of Michigan removed to
UNITED States District Court western District of Michigan North

Center Forensic psychiatry                                      refusal to Consort too Magistrate
Dr. meghan Roland  Plaintiff                                    Case # (F.P. 100 2272  Judge.
        V.
John R. Kanerva  Ref. Wronged man            Jury Demand Yes.
            30 day responce + Removal, From 12/16/2019
Notice of Removal and United States + Michigan Constitutional
violations of United States + michigan Law. Under color of Law
U.S. Code Title 42-1981, 1982, 1983, 1984, 1985, 1986, 1987, 1988
        Criminal Civil Constitution RiGHTS violations,
The man defendant has had his Constitutional rights violated by
Dr. meghan Roland who declared his ministry was cause to be
declared "incompetent" to be a witness in his own case contrary
To Article 1 Sec. 18 + Article 1 Sec. 4 which protect him From
the FrauduленT accusations to render him incompetent."

The plaintiff Center Forensic psychiatry Dr. meghan Defamed the mans
character + his Gods character. she also Libeled and Slandered the
man + his ministry, published as "Sons of Thunder" ministry by defaming
said man as "Incompetent", in violation of U.S. + michigan Laws.

Punitive damages, have been demanded in the amount of
Eleven Million dollars and oo/100 cents. The Following has been Filed

Article I Section 18 Michigan Constitution. Witnesses competency,
religious beliefs. "No person shall be rendered "incompetent" to be
a witness on account of His opinions on matters of religious belief."

1. John R. Kanerva  John R. Kanerva  UCC 1-308 under Reserve.

In the 25th Circuit Court of Michigan

People of Michigan                    C.F.P. Case no. 1002272
      V.                                    15-53878-FH
John R. Kanerva                             M15-763FY
                                            2;15-cv-130
      "psychiatry Center Forensic"          2;19-cv-225

Filing; For Case 1002272, Speedy Trial by Jury Demand
            refusal to consent to a magistrate Judge.

1. Comes now the defendant a man, In propria persona - Pro Se'
   demanding a speedy Trial by a Jury of My peers For a
   Competency Case no. 1002272. That this case is seperate
   from the 15-53878 Case a.k.a. 2;15-cv-130 a.k.a. M15763FY.

            Article I section 4

2. a Michigan Dr. violated Constitution of Michigan of 1963
            Article I Sec. 18
   Dr. Meghan Rowland broke mi. Law by violating Article I,
   Section 18. Witnesses; competency, religious beliefs. No person
   shall be rendered "incompetent" to be a witness on account of
   his opinions on matters of religious belief.

3. Dr. Roland declared I to Have some incompetency issue
   due to My current Religious schooling. + "Religious Occupatio
   My belief in "Healing by Faith and touch" offended her.

4. "Removing problematic personalities" part of My religion offends
   her world view. Christian Cross tie pin offends her. etc.
   So she says I'm "Incompetent" although I "Assist" My Attorneys.
   P.I.

5. In addition the Dr. violates Art. 1 Sec. 1 political power I already made a check list of the violations by the U.D. mararette courts for violating the simple rights.

6. "...Government is instituted for their equal benefit, security and protection". Not to Attack people for worshipping God. This is what this Dr. did to violate this mans rights.

7. Mich. Const. 1963 Preamable We, the people of the State of Michigan, grateful to Almighty God for the blessings of Freedom and earnestly desiring to secure these blessings undiminished, to ourselves and our posterity, do ordain and establish this constitution.

8. Dr. Roland Center Forensic Psychiatry violated The Following Declaration of Rights For we the people.

9. Article I. Sec. 1 political Power, she violates equal security, protection Section 2. She discriminated against my "exercise of religion". Section 3. She violated my right to "petition the government." and used it to predjudice + discriminate against me.

10. Section 4. She "diminished my rights on account of my religious beliefs. With court as an accomplice. State Court.

11. Section 7 Military power subordinate to civil power. I instructed the judge that this case + false charge violates my civil right. I informed her im not in the military. I pointed out and objected to the military flag she used to set Jurisdiction on her back + to her right. I told her the military power is subject to civil power.

P. 2.

Constitution of Michigan of 1963 Article 1

12. Section 9 Slavery and involuntary servitude. Neither Slavery nor involuntary servitude unless for the punishment of crime, shall ever be tolerated in this state.

13. Marquette, County Court House union is currently practising Slavery on this man, who has been sentenced to over 90 days to Jail. Why? religious discrimination awaiting another examination after one was in violation of his religious beliefs I am not convicted. I have proof of purchase, Exhibit.

14. Section 10 Attainder Ex post facto laws; impairment of contracts: The current charge + violation of Article 1 section 18 is "Ex post facto and is a "Bill of Attainder" [extinction of the civil rights of defendant] Art 1 sec. 18 Witnesses; competency, religious beliefs. Violated.

15. Section 11 The automobile of mine was Seized and Searched and given to a fraudulent claimant. There was no warrant until after the fact, of the Seizure and Search and false arrest False imprisonment and subsequent False charges and Forgeries by plaintiff. Searches and Seizures.

16. Section 12 Habeas Corpus: has been unlawfully suspended by The State Court based on Violation of Article I Section 18. The State has attempted to "... render me incompetent to be a witness on account of My Religious Beliefs.

17. Section 13 Conduct of Suits in person or by Counsel. My right to prosecute or defend My Suits has been Violated, by the Court, + clerk

3. The clerk rejects my Filings stating I don't have the right to File

prosecute or defend my suits in my own proper person.

18. Section 14. Jury Trials. The right of the Jury Trial shall remain but shall be waived in all civil cases unless demanded by one of the parties in the manner prescribed by Law... I Filed Jury Demands in writing always including this violation of Art. 1 sec. 1

19. Section 15. Double jeopardy; bailable offenses; commencement of trial if bail denied; bail hearing effective date. In order to deny my bail, the court used Article 1 Sec. 18 Witnesses; competency religious beliefs to use an AntiChrist state Dr. to "render me "incompetant" to be a witness on account of my opinions on matters of religious belief." Independant Exam scheduled but the process violates the Michigan Constitution.

20. Section 16 Bail fines punishments; detention of witnesses. The Court is violating, the Michigan Constitution on several Counts but specifically the Bail, + detention of this witness based on their violation of my matters of religious belief + their Lack of Jurisdiction due to the Remedy in rule 6.004(D)(2)

21. Section 17. Self incrimination; due process of Law; fair treatment or investigations. No person shall be compelled to be a witness against himself in any criminal case, nor be deprived of life, Liberty, or property, without due process of law. ... Just treatment shall not be infringed. My right to Just Treatment was infringed. US. Con. 5th Amen

22. Section 18. witnesses; Competency, religious beliefs. No person shall be rendered "incompetent" to be a witness on account of his opinions on matters of Religious belief.

23.

Art, 1 Section 20 Rights of the accused in criminal prosecutions, Speedy Trial The Speedy Trial Rights to impartial Jury were violated by Court.

24. Section 23 Enumeration of rights not to deny others. The enumeration of certain rights in this Constitution of Certain rights shall not be construed to deny or disparage others retained by the people. (exceptions) [Ex post facto unconstitutional foreign laws].

25. These Michigan Constitutional Laws, Legal Documents, were Created for my protection. The Court is in Contempt of this Constitution and in Contempt of Congress and the Court itself.

26. This wronged man moves this Court of Record to consider the violations, committed by the plaintiff and Court, and at Least honor the Bond rights under Michigan Court rules as required.

28. Then the violations of Article 1 section 18 witnesses competency, religious beliefs is why the AntiChristian Dr. is attempting to "render me incompetent" to be a witness on account of my opinions on religious matters.

29. This was proven in Court on December 16th 2019. Atty, Crowley did Cross examine Roland the Dr. who drafted the prejudicial opinion on my "religious occupation."
UCC 1-308 Under Reserve.

The defendant a real man Moves for Dissmissal and or Bond Liberty to defend this case + retrieve files.
Thank You   John R. Kanerva   John R. Kanerva   01/02/2019

John R. Kuncuwa
236 W. Baraga Ave.
marquette, Mi. 49855

KINGSFORD MI 498

PRISONER CORRESPONDENCE
03 JAN 2020 PM 1 T
Marquette County Jail, MI

FOREVER USA
Barn Swallow

OFFice OF the Clerk
United States District Court
224 post OFFice + Fedeal Bldg.
P.O. Box 698 marquette, mi 49865

49855$0698